IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Health Discovery Corporation<br><br>Plaintiff,<br><br>v.<br><br>Intel Corporation<br><br>Defendant. | Civil Action No. 6:20-cv-666<br><br><br>**JURY TRIAL DEMANDED** |

**HEALTH DISCOVERY CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Health Discovery Corporation ("HDC") certifies that:

1. HDC has no parent corporation;

2. No publicly traded company owns more than 10% of HDC's stock.

Dated: July 23, 2020                                             Respectfully submitted,

By: */s/ Erick Robinson*
Erick Robinson (TX Bar No. 24039142)
Dunlap Bennett & Ludwig PLLC
7215 Bosque Blvd
Waco, TX 76710
Telephone: (254) 870-7302
Fax: (713) 583-9737
erobinson@dbllawyers.com

*Counsel for Health Discovery Corporation*

1