IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Health Discovery Corporation<br><br>Plaintiff,<br><br>v.<br><br>Intel Corporation<br><br>Defendant. | Civil Action No. 6:20-cv-00666-ADA<br><br>The Honorable Judge Alan D. Albright<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS

The Court, having considered Defendant Intel Corporation's Motion to Dismiss Plaintiff Health Discovery Corporation's Complaint (the "Motion"), finds that the Motion should be, and hereby is DENIED.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is DENIED.

SIGNED on the ___ day of November, 2020.

                                                                    _____
                                                                    ALAN D. ALBRIGHT
                                                                    UNITED STATED DISTRICT JUDGE