IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Health Discovery Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Intel Corporation,<br><br>Defendant. | Civil Action No. 6:20-cv-00666-ADA<br><br>The Honorable Alan D. Albright<br><br>**JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's December 21, 2020 Scheduling Order (Dkt. No. 27), Plaintiff Health Discovery Corporation ("Plaintiff" or "HDC") and Defendant Intel Corporation ("Defendant" or "Intel") (collectively referred to as the "Parties") hereby respectfully submit this Joint Claim Construction Statement. The Joint Claim Construction Statement identifies agreed and disputed constructions for each of the claim terms at issue concerning U.S. Patent No. 10,402,685 ("the '685 patent"), U.S. Patent No. 7,117,188 ("the '188 patent"), U.S. Patent No. 7,542,959 ("the '959 patent"), U.S. Patent No. 8,095,483 ("the '483 patent").

I.   **PROPOSED CONSTRUCTION OF EACH DISPUTED CLAIM TERM**

Attached as Exhibit A is the parties' chart of proposed constructions for the claim terms that are in dispute for the '685 patent, the '188 patent, the '959 patent, and the '483 patent. The chart sets forth each party's positions regarding proposed constructions of these disputed claim terms.

II.  **CONSTRUCTION OF CLAIM TERMS ON WHICH THE PARTIES AGREE**

After conferences pursuant to the Court's Scheduling Order, the Parties have reached agreement upon the construction of the following terms:

1

| Term(s) and Asserted Claims | Parties' Agreed Construction |
|---|---|
| "training" terms -- "training data," "training set," "training data set" and "training example"<br><br>• '188 patent (claims 1, 8, 9, 11, 13, 18, 19)<br>• '959 patent (claims 1, 12, 16)<br>• '483 patent (claims 1, 7, 13, 18, 22, 32)<br>• '685 patent (claims 1-4, 6-8, 11-15, 17-18, 23) | "data having known output characteristics" |
| "live" terms – "live data set" and "live set of data"<br><br>• '188 patent (claims 1, 8, 9, 13, 19) | "data having unknown output characteristics" |

III. **LENGTH OF TIME NECESSARY FOR CLAIM CONSTRUCTION HEARING**

The parties anticipate that the length of time necessary for a hearing on the claim construction issues is approximately 4 hours.

Dated: May 24, 2021

Respectfully submitted,

By: */s/ Charles E. Cantine*

Erick Robinson (TX Bar No. 24039142)
Porter Hedges LLP
1000 Main St, 36th Floor
Houston, TX 77002
Phone: 713-226-6615
Mobile: 713-498-6047
Fax: 713-583-9737
erobinson@porterhedges.com

Charles E. Cantine
(admitted pro hac vice)
Joseph Diamante
(admitted pro hac vice)
Dunlap Bennett & Ludwig PLLC
349 5th Avenue
New York, NY 10016

Telephone: (917) 768-0613
Fax: (703) 777-3656
ccantine@dbllawyers.com
jdiamante@dbllawyers.com

*Attorneys for Health Discovery Corporation*

By: */s/ Sarah E. Piepmeier*_____

Sarah E. Piepmeier (CA Bar No. 227094)
SPiepmeier@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Tel: (415) 344-7000
Fax: (415) 344-7050

Jose C. Villarreal (TX Bar No. 24003113)
PERKINS COIE LLP
500 W. 2nd Street, Suite 1900
Austin, TX  78701
Phone (737) 256-6100
jvillarreal@perkinscoie.com

Bryan Banks (admitted pro hac vice)
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Phone: (602) 351-8096
BBanks@perkinscoie.com

Allison Altersohn (NY Bar No. 2894384)
KING & SPALDING LLP
1185 6th Avenue
New York, NY 10036
Phone: (212) 556-2100
aaltersohn@kslaw.com

Brent P. Ray (IL Bar No. 6291911)
KING & SPALDING LLP
353 N. Clark, Ste. 1200
Chicago, IL 60654
Phone: (312) 995-6333
bray@kslaw.com

          Steve M. Zager (TX Bar No. 2241500)
          KING & SPALDING LLP
          500 W. 2nd Street, Suite 1800
          Austin, TX 78701
          Phone: (512) 457-2000
          szager@kslaw.com

          Lori Gordon (DC Bar No. 490390)
          KING & SPALDING LLP
          1700 Pennsylvania Ave NW
          Washington, DC 20006
          Phone: (202) 737-0500
          lgordon@kslaw.com

          ATTORNEYS FOR DEFENDANT
          INTEL CORPORATION

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of May 2021, the undersigned electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record registered to receive filings and notices in this action.

*/s/ Charles E. Cantine*
Charles E. Cantine