# EXHIBIT A

**EXHIBIT A: JOINT CLAIM CONSTRUCTION CHARTS FOR DISPUTED CLAIM TERMS**

| Term and Asserted Claims | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| "Data"<br><br>• '188 patent (claims 1, 8, 11, 13, 18, 19)<br>• '959 patent (claims 1, 10, 12, 16)<br>• '483 patent (claim 18)<br>• '685 patent (claims 1-4, 7-8, 12-15, 18)<br><br>Proposed by Intel | Plain and Ordinary Meaning | "biological data" |
| "Support Vector Machine"<br><br>• '188 patent (claims 1-2, 10, 13, 17, 19-20)<br>• '959 patent (claims 1, 12, 16)<br>• '483 patent (claims 1, 7, 13, 18, 22, 32)<br>• '685 patent (claims 7, 18)<br><br>Proposed by Intel | Plain and ordinary meaning.<br><br>***Alternatively, if the Court determines a construction is needed,*** "a supervised learning process that classifies data along an optimal separating hyperplane that is determined by a subset of training data" | "a supervised mathematical learning algorithm that constructs an optimal margin classifier and classifies data along an optimal separating hyperplane that is determined by a subset of training data" |
| "the kernel data"<br><br>• '685 patent (claims 1, 3-4, 7, 12, 14-15)<br><br>Proposed by Intel | Plain and Ordinary Meaning<br><br>***Alternatively, if the Court determines a construction is needed***, "components of the kernel matrix" | "components of the kernel matrix that are updated during training of a support vector machine" |
| "Repeating" terms<br><br>• '188 patent (claims 1, 13, 19) | Plain and Ordinary Meaning | '188 patent: "performing recursive feature elimination by repeating steps (a) through (d) for a plurality of iterations" |

i

| | | |
|---|---|---|
| • '959 patent (claims 1, 12, 16)<br>• '483 patent (claims 1, 6-7, 13, 18, 22, 32)<br>• '685 patent (claims 1, 7, 12, 18)<br><br>Proposed by Intel | | '959 patent: "performing recursive feature elimination by repeating steps (c) through (e) for a plurality of iterations"<br><br>'483 patent:<br>• Claims 1/22: "performing recursive feature elimination by repeating steps (c) through (d) for the reduced set of features for a plurality of iterations"<br>• Claim 7: "performing recursive feature elimination by repeating the steps of eliminating at least one feature, generating an updated kernel matrix and determining an updated value"<br>• Claims 13/32: "performing recursive feature elimination by repeating steps (c) through (e)"<br>• Claim 18: "performing recursive feature elimination by repeating steps eliminating, calculating an updated kernel matrix and determining an updated value for a plurality of iterations"<br><br>'685 patent:<br>• Claims 1/12: "performing recursive feature elimination by repeating of eliminating the at least one feature from the group and updating the value for each feature of the group"<br>• Claim 7: "performs recursive feature |

| | | |
|---|---|---|
| | | elimination by repeating of eliminating the at least one feature from the group and updating the value for each feature of the group"<br>• Claim 18: "performing recursive feature elimination by repeating steps eliminating, calculating an updated kernel matrix and determining an updated value for a plurality of iterations" |