IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| HEALTH DISCOVERY CORPORATION,<br>    *Plaintiff* | § § § § | |
| | § | 6:20-cv-00666-ADA |
| -v- | § § § | |
| INTEL CORPORATION,<br>    *Defendant* | § § § § | |

## ORDER TO PAY TECHNICAL ADVISOR

  The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

  Plaintiff:   $7,327.50
  Defendant:  $7,327.50

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 3rd day of June, 2021.

                _____
                ALAN D ALBRIGHT
                UNITED STATES DISTRICT JUDGE