**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **HEALTH DISCOVERY CORPORATION,** | § § § | |
| *Plaintiff* | § | 6:20-cv-00666-ADA |
| **-v-** | § § § | |
| **INTEL CORPORATION,** | § § § | |
| *Defendant* | § § § § | |

## <u>CLAIM CONSTRUCTION ORDER</u>

The Court held a *Markman* hearing on June 3, 2021. During that hearing, the Court provided its final constructions. The Court now enters those claim constructions.

**SIGNED** this 3rd day of June, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "Data"<br><br>• '188 patent (claims 1, 8, 11, 13, 18, 19)<br>• '959 patent (claims 1, 10, 12, 16)<br>• '483 patent (claim 18)<br>• '685 patent (claims 1-4, 7-8, 12-15, 18)<br><br>Proposed by Intel | Plain and Ordinary Meaning | "biological data" | Plain-and-ordinary meaning. |
| "the kernel data"<br><br>• '685 patent (claims 1, 3-4, 7, 12, 14-15)<br><br>Proposed by Intel | Plain and Ordinary Meaning<br><br>Alternatively, if the Court determines a construction is needed, "components of the kernel matrix" | "components of the kernel matrix that are updated during training of a support vector machine" | Plain-and-ordinary meaning wherein the plain-and-ordinary meaning means "components of the kernel matrix" |

| "Repeating" terms | Plain and Ordinary Meaning | '188 patent: | Plain-and-ordinary meaning. |
|---|---|---|---|
| • '188 patent (claims 1, 13, 19)<br>• '959 patent (claims 1, 12, 16)<br>• '483 patent (claims 1, 6-7, 13, 18, 22, 32)<br>• '685 patent (claims 1, 7, 12, 18)<br><br>Proposed by Intel | | "performing recursive feature elimination by repeating steps (a) through (d) for a plurality of iterations"<br><br>**'959 patent:**<br>"performing recursive feature elimination by repeating steps (c) through (e) for a plurality of iterations"<br><br>**'483 patent:**<br>• Claims 1/22: "performing recursive feature elimination by repeating steps (c) through (d) for the reduced set of features for a plurality of iterations"<br>• Claim 7: "performing recursive feature elimination by repeating the steps of eliminating at least one feature, generating an updated kernel matrix and determining an updated value"<br>• Claims 13/32: "performing recursive feature elimination by repeating steps (c) through (e)"<br>• Claim 18: "performing recursive feature | |

elimination by repeating
steps eliminating,
calculating an updated
kernel matrix and
determining an updated
value for a plurality of
iterations"

**'685 patent:**
- Claims 1/12: "performing
  recursive feature
  elimination by repeating of
  eliminating the at least one
  feature from the group and
  updating the value for each
  feature of the group"
- Claim 7: "performs
  recursive feature
  elimination by repeating of
  eliminating the at least one
  feature from the group and
  updating the value for each
  feature of the group"
- Claim 18: "performing
  recursive feature
  elimination by repeating
  steps eliminating,
  calculating an updated
  kernel matrix and
  determining an updated
  value for a plurality of
  iterations"