# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| HEALTH DISCOVERY CORPORATION | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00666-ADA |
| | § | |
| INTEL CORPORATION | § | |

## ORDER RESETTING MOTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MOTION HEARING** by Zoom on **Tuesday, September 28, 2021 at 11:00 AM**.

IT IS SO ORDERED this 21st day of September, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE