IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| HEALTH DISCOVERY CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | Civil Action No. 6:20-cv-00666-ADA<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF HEALTH DISCOVERY CORPORATION'S NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4, Plaintiff Health Discovery Corporation hereby appeals to the United States Court of Appeals for the Federal Circuit from the Court's December 27, 2021 Order Granting Defendant's Motion to Dismiss under 35 U.S.C. § 101 [Dkt. No. 66].

Dated: January 26, 2022                                          Respectfully submitted,

                                                                                      */s/ Charles E. Cantine*

Erick Robinson (TX Bar No. 24039142)
Spencer Fane LLP
9442 North Capital of Texas Highway
Plaza I – Suite 500
Austin, TX 78759
Tel: (713) 212-2638
Mobile: (713) 498- 6047
Fax: (713) 963- 0859
erobinson@spencerfane.com

Charles E. Cantine
(admitted *pro hac vice*)
Joseph Diamante
(admitted *pro hac vice*)
Dunlap Bennett & Ludwig PLLC
1250 Broadway, 36th Floor

New York, NY 10001
Telephone: (917) 768-0613
Fax: (703) 777-3656
ccantine@dbllawyers.com
jdiamante@dbllawyers.com

Eleanor Musick
(admitted *pro hac vice*)
Musick Davison LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
Telephone: (858) 724-2450
eleanor@mdiplaw.net

*Attorneys for Health Discovery Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2022, the foregoing was filed electronically in compliance with Local Rule CV-5(b)(1) and served via the Court's electronic filing system on all counsel who have consented to electronic service.

*/s/ Charles E. Cantine*

Charles E. Cantine